**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Clifford Claude Campbell, Appellant.

Appellate Case No. 2013-001450

———————————

Appeal From Florence County
D. Craig Brown, Circuit Court Judge

———————————

Unpublished Opinion No. 2015-UP-048
Submitted November 1, 2014 – Filed January 28, 2015

———————————

**APPEAL DISMISSED**

———————————

Appellate Defender Lara Mary Caudy, of Columbia; and Clifford Claude Campbell, pro se, for Appellant.

Attorney General Alan McCrory Wilson and Senior Assistant Deputy Attorney General Salley W. Elliott, both of Columbia, for Respondent.

———————————

**PER CURIAM:**  Dismissed after consideration of Appellant's pro se brief and review pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Counsel's motion to be relieved is granted.[1]

**APPEAL DISMISSED.**

**HUFF, SHORT, and KONDUROS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.